# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of January, two thousand twenty-three.

_____

Classie M. Dorsey,

        Plaintiff - Appellant,

v.

Vincent F. Gannon, James P. O'Neill, City of New York,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 22-2735

Appellant moves to reinstate the appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

