

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Lauren L. O'Brien**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-0852<br>lobrien@law.nyc.gov |

May 25, 2023

By ECF

Clerk of the Court
United States Court of Appeals
  for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:  *Dorsey v. Gannon*
           Docket No. 22-2735

To the Clerk of Court:

      This office represents defendants-appellees Vincent F. Gannon, James P. O'Neill, and the City of New York. In accordance with this Court's Local Rule 31.2(a)(1)(B), please accept this letter as defendants-appellees' request that their brief be due on August 18, 2023, which is 91 days from the filing of the appellant's brief.

      Thank you for your attention to this matter.

                                Respectfully submitted,

                                /s/ Lauren L. O'Brien

                                Lauren L. O'Brien
                                Assistant Corporation Counsel

      cc:     All counsel (*via ECF*)