**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: June 23, 2023<br>Docket #: 22-2735cv<br>Short Title: Dorsey v. Gannon | DC Docket #: 20-cv-1525<br>DC Court: EDNY (BROOKLYN)<br>DC Judge: Chen<br>DC Judge: Kuo |

## NOTICE OF DEFECTIVE FILING

On May 27, 2023, the BRIEF and the APPENDIX, on behalf of the Appellant Classie M. Dorsey, were submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
　　　　_____ Missing proof of service
　　　　_____ Served to an incorrect address
　　　　_____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
__X__ **Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2)*, click here for instructions on how to make PDFs text searchable – <mark>NOTE: The Appendix is not text-searchable.</mark>**
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
　　　　_____ Incorrect caption *(FRAP 32)*
　　　　_____ Wrong color cover *(FRAP 32)*
　　　　_____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*

_____ Untimely filing
_____ Incorrect Filing Event
__X__ Other: (1) The Appellant's Brief is missing a certificate of compliance (FRAP 32(g)). Also, hard copies of the brief must contain single-sided pages (FRAP 32(1)(A)).

(2) Pages 60, 76, 79, and 83 of the Appendix contain confidential information and should not be visible to the public. Please make the necessary redactions before re-filing the document.

(3) The Appendix is not text searchable. Please refer to the hyperlink above for instructions on how to make a PDF text searchable.

(4) The Appendix is also missing the Notice of Appeal. Please attach the missing document at the end of the Appendix and include the document in the table of contents with its corresponding page number.

**Please mail six new copies of the Appendix with the corrections mentioned above and six new single-sided copies of the Appellant's Brief.**

**Warning: The following document is the third defective notice to be issued. Therefore, if the re-filing of the Brief and Appendix are not compliant with the rules of the court, the documents may be stricken from the docket.**

Please cure the defect(s) and resubmit the document, with the required copies, if necessary, no later than **June 27, 2023**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8563.