UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of July, two thousand twenty-three,

_____

| | |
|---|---|
| Classie M. Dorsey, | **ORDER** |
| | Docket No. 22-2735 |
|     Plaintiff - Appellant, | |
| v. | |
| Vincent F. Gannon, James P. O'Neill, City of New York, | |
|     Defendants - Appellees. | |

_____

      Appellant's Classie M. Dorsey submission of a Brief & Appendix does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

      IT IS HEREBY ORDERED that the said Brief & Appendix is stricken from the docket.

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court