## CERTIFICATION OF SERVICE

I, E. Dubois Raynor, do hereby affirm and certify that on the 16th Day of July 2023, I duly served upon counsel for the Defendants-Appellees, in *Dorsey vs. Gannon et al., Dkt. No. 22-2735*, a complete and accurate and copies of the Plaintiff-Appellant's Notice of Motion for an enlargement of the time to perfect Plaintiff-Appellant's Appeal, by serving U.S. Postal Mail with sufficient postage affixed (proof thereof attached), as follows:

Lauren O'Brien, Esq.
*Attorneys for Defendants-Appellees*
New York City Law Department
100 Church Street
New York, New Yor 10007

*E. Dubois Raynor, Jr.*

E. Dubois Raynor, Jr., Esq.

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): __22-2735__   Caption [use short title]

Motion for: __Notice of Motion for an Enlargment__
__of Time__

Classie M. Dorsey,

Plaintiff-Appellant,

Set forth below precise, complete statement of relief sought:

__Counsel for Plaintiff-Appellant because__
__Appellant's counsel was on bereavement__
__leave due to the death of his mother at the__
__time of the Court's defect order. Therefore,__
__counsel is moving for an enlargment of the__
__time to cure.__

-against-

Vincent F. Gannon, et al.,

Defendants-Appellees.

MOVING PARTY: __Classie M. Dorsey__   OPPOSING PARTY: __Vincent F. Gannon et al.__

[X] Plaintiff        [ ] Defendant

[ ] Appellant/Petitioner   [ ] Appellee/Respondent

MOVING ATTORNEY: __E. Dubois Raynor, Jr.__   OPPOSING ATTORNEY: __Lauren O'Brien, Esq.__
[name of attorney, with firm, address, phone number and e-mail]
E. Dubois Raynor, Jr., Civil Rights Consortium, 89-07 Jamaica Avenue, Woodhaven, NY 11421, (347) 508-3497 (Direct)

Lauren O'Brien, Esq., New York City Law Department, 100 Church Street NY, NY 10007, (212) 356-0852

Court- Judge/ Agency appealed from: __Pamela K. Chen, U.S.D.J. (EDNY)__

Please check appropriate boxes:                          FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                                         INJUCTIONS PENDING APPEAL:
Has movant notified opposing counsel (required by Local Rule 27.1):   Has this request for relief been made below?      [ ] Yes [ ] No
[ ] Yes [X] No (explain): __No time.__                   Has this relief been previously sought in this court?   [ ] Yes [ ] No
                                                         Requested return date and explanation of emergency:
                                                         __N/A__
Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [X] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [X] Don't Know

Is oral argument on motion requested?   [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes [X] No If yes, enter date: _____

Signature of Moving Attorney:

_E. Dubois Raynor, Jr._ Date: __7/14/2023__   Service by: [ ] CM/ECF [X] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES COURT OF APPEALS

## FOR THE

## SECOND CIRCUIT

| | |
|---|---|
| **Classie M. Dorsey,** ) <br> ) <br> ) <br> ) <br> **Plaintiff-Appellant,** ) <br> ) <br> **-against-** ) <br> ) <br> ) <br> **Vincent F. Gannon, James P. O'Neill, City** ) <br> **New York,** ) <br> ) <br> **Defendants-Appellees.** ) | **COUNSEL'S DECLARATION IN SUPPORT OF MOTION FOR AN ENLARGMENT OF TIME** <br><br><br> **Docket No. 22-2735** |

COUNTY OF QUEENS    }

STATE OF NEW YORK    }    .SS:

(1)    I. E. Dubois Raynor, Jr., managing attorney for the Civil Rights Consortium, an attorney admitted to practice before the courts of the State of New York and the United States Supreme Court, submit this affirmation in support of the Plaintiff-Appellant's motion for an enlargement of time.

(2)    On June 23, 2023, the Court issued a court of defect, requiring a cure of certain defects of the Appellant's brief and appendix, and the refiling of corrected copies thereof.

(3)    However, at the time of this Order, Appellant's counsel was on bereavement leave, from which counsel returns Monday, July 17, 2023.

(4)    On June 15, 2023, mom of Appellant's counsel entered hospice care, with the understanding that mom's prolonged battle with illness, was likely to result in her death.

(5) On June 20th, 2023, the mom of Appellant's counsel, began passing away, and on June 28, 2023, was officially pronounced dead. *Exhibit 1*.

(6) On or about June 23, 2023, about the same time the Court issued the order, Appellant's counsel began the bereavement leave.

(7) On July 17, 2023, Appellant's counsel returns back from bereavement leave because of Mrs. Evelyn Raynor's death.

(8) Therefore, Appellant, respectfully requests 15 to 30 days in which to come into compliance with the Court's defect order.

Dated: July 14, 2022
    Woodhaven, New York

E. Dubois Raynor, Jr.

E. Dubois Raynor Jr., Esq.
Managing Attorney
89-07 Jamaica Avenue
Woodhaven, New York 11421
(855) 246-2776, Ext. 702 Telephone

2

*Service of Sacred Memory*

*Celebrating*
*the Life of*

*Evelynn Virginia Mumford Raynor*

August 10, 1931 ~ June 28, 2023

U.S. COURT OF APPEALS
SECOND CIRCUIT
MANDATORY

23 JUL 16 AM 10:29

RECEIVED

Wednesday, July 5, 2023
12:00 PM
St. Mark FWB Church
222E. Nelson St.
Mt. Olive, NC 28365

## Order of Service

Musical Prelude

Processional.........................Clergy and Family

Hymn..............................Elder Darryl Tindley

Scripture
      Old Testament..............Elder Chris Holmes
      New Testament............. Dr. Jerome Newton

Prayer............................Deacon Marion Artis

Hymn..............................Elder Darryl Tindley

Obituary.....................................Read Silently

Solo................................Elder Chris Holmes

Eulogy........................Pastor Merwyn K. Smith

Funeral Director's Briefs

Recessional

*Interment*
Wayne Memorial Park
2925 US 117
Dudley, NC 28333

## A Legacy of Love

Evelynn Mumford Raynor, the daughter of the late Charlie and Esth Mills Mumford, was born August 10, 1931, in Jones County, North Carolina. She peacefully transitioned on Wednesday, June 28, 2023, in her home.

Growing up in Kinston, North Carolina, Evelynn graduated from Adkins High School. She went on to receive her Bachelor of Scienc in Education from Winston-Salem Teachers College, now known as Winston-Salem State University in Winston-Salem, North Carolina. A proud member of Delta Sigma Theta Sorority, Incorporated, she was initiated in the Gamma Phi Chapter on the campus of WSSU.

On February 12, 1955, she married Earl Dubois Raynor, Sr. To this union, two children were born, Ivy Raynor Brown and Earl Dubois Raynor, Jr.

Evelynn was a retired teacher of 33 years. She started her teaching career at Friendship School in Fremont, North Carolina. Later the family moved to Moore County, North Carolina where she taught at Berkley High School in Aberdeen, North Carolina, Pinckney Hig School, and Carthage Elementary School in Carthage, North Carolina. In 1969, she began teaching at Carver Elementary and at Brogden Primary in 1974. After her retirement she worked as a substitute teacher in Wayne County.

An active member in her community, she was a member of Vision o Faith Free Will Baptist Church and a current member of St. Mark Free Will Baptist Church. She loved devoting her time and talent to the service of the Lord. She served as a Sunday School teacher for thirty years and a member of the Mother Board.

She leaves to mourn their loss, a loving and devoted family: her husband, Earl Dubois Raynor, Sr.; one daughter, Ivy Raynor Brown one son, Earl Dubois Raynor, Jr; two brothers-in-law, Charles Raynor; William Griggsby; one sister-in-law, Dorothy Raynor; two granddaughters, Courtney Brown and Kristen Brown; two grandsor Lance Powell and Sterling Raynor; one great-grandson, Cayson Jones; three godchildren, nieces, nephews and other devoted relativ frithds.

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: June 23, 2023
Docket #: 22-2735cv
Short Title: Dorsey v. Gannon

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 20-cv-1525
DC Court: EDNY (BROOKLYN)
DC Judge: Chen
DC Judge: Kuo

### NOTICE OF DEFECTIVE FILING

On May 27, 2023, the BRIEF and the APPENDIX, on behalf of the Appellant Classie M. Dorsey, were submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
    _____ Missing proof of service
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
__X__ **Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2)*, click** here
    **for instructions on how to make PDFs text searchable – NOTE: The Appendix is not**
**text-searchable.**
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
    _____ Incorrect caption *(FRAP 32)*
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs
    *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*

_____ Untimely filing

_____ Incorrect Filing Event

__X__ Other: (1) The Appellant's Brief is missing a certificate of compliance (FRAP 32(g)). Also, hard copies of the brief must contain single-sided pages (FRAP 32(1)(A)).

(2) Pages 60, 76, 79, and 83 of the Appendix contain confidential information and should not be visible to the public. Please make the necessary redactions before re-filing the document.

(3) The Appendix is not text searchable. Please refer to the hyperlink above for instructions on how to make a PDF text searchable.

(4) The Appendix is also missing the Notice of Appeal. Please attach the missing document at the end of the Appendix and include the document in the table of contents with its corresponding page number.

Please mail six new copies of the Appendix with the corrections mentioned above and six new single-sided copies of the Appellant's Brief.

Warning: The following document is the third defective notice to be issued. Therefore, if the re-filing of the Brief and Appendix are not compliant with the rules of the court, the documents may be stricken from the docket.

Please cure the defect(s) and resubmit the document, with the required copies, if necessary, no later than **June 27, 2023**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8563.

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of July, two thousand twenty-three.

Classie M. Dorsey,

      Plaintiff - Appellant,

v.

Vincent F. Gannon, James P. O'Neill, City of New York,

      Defendants - Appellees.

**ORDER**
Docket No. 22-2735

Appellant's Classie M. Dorsey submission of a Brief & Appendix does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Brief & Appendix is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court