# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of July, two thousand twenty-three.

Before:        William J. Nardini,
                      *Circuit Judge,*

_____

| | |
|---|---|
| Classie M. Dorsey, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 22-2735 |
| v. | |
| Vincent F. Gannon, James P. O'Neill, City of New York, | |
|     Defendants - Appellees. | |

_____

    Appellant moves for a 30-day extension to file a corrected brief and appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED. The corrected brief and appendix must be filed by August 24, 2023. The appeal will be dismissed effective August 24, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                     For the Court:
                                                     Catherine O'Hagan Wolfe,
                                                     Clerk of Court