# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Dorsey v. Gannon**  Docket No.: **22-2735**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jamison Davies
Firm: New York City Law Department
Address: 100 Church St.
Telephone: 212-356-2490  Fax: 212-356-1190
E-mail: jdavies@law.nyc.gov
Appearance for: Vincent F. Gannon, James P. O'Neill, City of New York/Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Lauren O'Brien/New York City Law Department )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **8/4/2023**  OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jamison Davies
Type or Print Name: Jamison Davies