## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Dorsey v. Gannon  Docket No.: 22-2735

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Richard P. Dearing

Firm: New York City Law Department

Address: 100 Church Street, New York, New York 10007

Telephone: 212-356-2500  Fax: 212-356-1148

E-mail: rdearing@law.nyc.gov

Appearance for: Vincent F. Gannon, James P. O'Neill, City of New York
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Lauren L. O'Brien / NYC Law Department )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 23, 2020  OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Richard P. Dearing

Type or Print Name: Richard P. Dearing