

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | LAUREN L. O'BRIEN<br>*Assistant Corporation Counsel*<br>Phone: 212-356-0852<br>lobrien@law.nyc.gov |
|---|---|---|

January 8, 2024

Hon. Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Dorsey v. Gannon*, Docket No. 22-2735

To the Hon. Clerk of the Court:

I write to alert the Court to additional dates that I am unavailable to argue this matter. In addition to those listed in the Oral Argument Statement (December 15, 20-22, 25-26, 29; January 1, 22), I am unavailable to argue this matter from March 14 to April 2.

Thank you for your consideration.

Respectfully submitted,

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*
*of the City of New York*
Attorney for Appellees

By: _____
Lauren L. O'Brien
Assistant Corporation Counsel

cc: E. Dubois Raynor, Jr., Esq.
CIVIL RIGHTS CONSORTIUM, INC.
547 North Avenue
New Rochelle, NY 10801
*Attorney for Appellant*